IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:07cr297-CSC
) (18 U.S.C. 641)
NETTE R. GARRISON )
)
) INFORMATION
)

The United States Attorney charges:

COUNT

On or about the 26th day of November, 2006, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, NETTE R. GARRISON did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

KENT BRUNSON
Assistant United States Attorney

SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone: 334-953-2786
Fax: 334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. On or about 26 November 2006, via closed circuit monitors, I observed NETTE GARRISON and her daughter Kelsey Garrison, in the purse display section of the Base Exchange (BX). NETTE GARRISON had a black Coach wallet in her hand, took the papers out of it, and put it in her shopping cart. She then covered it with some boxes. I continued to watch. Kelsey Garrison had the wrist bag and as she leaned against the shopping cart at the central checkout, she put the bag in the bottom of the shopping cart. As NETTE GARRISON put items on the counter to be scanned, she put them back in the cart after scanning and covered up the wallets. After paying for the other items, NETTE and Kelsey left the store. They were detained in the parking lot, identified and escorted to the security office. Security Forces was called and responded. When Security Forces arrived, the shopping cart was searched and five unpaid wallets and purses were found. The items charged to NETTE GARRISON were a Sig Min wallet, black – value $126.00; a Sig wrist handbag, black – value $38.00; another Sig wrist handbag, black – value $38.00; and a 6-quart slow cooker – value $34.95. Kelsey was charged with the Sig beaded wristlet, camel - - value $70.00. Total value of the items was $306.95. Both NETTE GARRISON and Kelsey Garrison was transported to the Law Enforcement Desk for further processing. NETTIE GARRISON is an agent for her mother, who was with the pair at the time, but was not charged.

 

_____
ROBERT G. SMITH

Subscribed and sworn to before me this __5th__ day of __November__, 2007.

_____
Notary Public

AUDREY FAYE GRIFFIN
Notary Public
STATE OF ALABAMA

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS