IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR.  NO. 2:07CR-297-CSC |
| | ) | |
| NETTE R. GARRISON | ) | |

## ORDER

Upon consideration of the defendant's *Motion for Appointment of Counsel* (Doc. #6) filed on December 21, 2007, and for good cause, it is

**ORDERED** that the motion be and is hereby **GRANTED**.  The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

**ORDERED** that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings.  Appointed counsel shall file a written notice of appearance with this court.

Done this 21st day of December, 2007.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE