## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-cr-297-CSC |
| | ) | |
| NETTIE R. GARRISON | ) | |

### <u>NOTICE OF APPEARANCE</u>

**COMES NOW** the undersigned counsel, Michael J. Petersen, and enters his appearance on

behalf of Defendant, **NETTIE R. GARRISON,** in the above-styled case.

Dated this 27th day of December 2007.


Respectfully submitted,


<u>s/ Michael J. Petersen</u>
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: <u>michael_petersen@fd.org</u>
ASB-5072-E48M

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant U.S. Attorney, and Satura Mcpherson, Special Assistant U.S. Attorney.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M