AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>　　　　DISTRICT OF　　　<u>ALABAMA</u>

UNITED STATES OF AMERICA
V.

NETTE R. GARRISON

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE**

Case Number:　　2:07CR-297-CSC

　　The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district
judge, and I consent to trial, judgment and sentencing before a United States magistrate
judge.**

X _Nettie Garrison_　　　　　　　　,
　　　　　　　　　　　　　　　　　　Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**　_____
　　　　　　　　　　　　　　　　　　　　　　Defendant

Consented to by United States　_____
　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

　　The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____,
　　　　　　　　　　　　　　　　　　Defendant

_____
Defendant's Attorney (if any)

Approved By: _____
U.S. Magistrate Judge

_1/08/08_
Date