# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA

DEBRA P. HACKETT, CLERK OF COURT  TELEPHONE: 334- 954-3600

February 28, 2008

**TO:   ALL COUNSEL OF RECORD:**

You are hereby notified that the jury list and juror profiles for the term of court beginning on **March 10, 2008** before **Chief Magistrate Judge Charles S. Coody in Montgomery, Alabama** will be available on **Friday, March 7, 2008**, at **3:30 p.m.** in the Jury Assembly Room, Jury Administrator's Office (Room B-108), First Floor, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such. Counsel may carry the profiles to their offices but no copies of the profiles shall be made or retained by counsel. Counsel **MUST** return **ALL** profiles to the Courtroom Deputy on the morning of jury selection.

If the jury list and profiles are not picked up on **March 7, 2008**, they will be available at 9:30 A.M. on the morning of jury selection in the courtroom designated for jury selection that day.

**GOVERNMENT ATTORNEYS:**                **DEFENDANT'S ATTORNEY**

**Kent Brunson, Esq.**                   Michael Petersen, Esq.
**Satura L. McPherson, Esq**.            Federal Defenders
50 Lemay Plaza South                     201 Monroe Street, Ste. 407
Montgomery, AL 36112                     Montgomery, AL 36104
(334) 953-2786

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.  2:07-CR-297-CSC |
| ) | |
| **NETTE R. GARRISON** ) | |
| **Defendant.** ) | |

**JUROR QUESTIONNAIRE CERTIFICATION**

I, _____, counsel for _____, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction.  No copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.  Upon completion of the empaneling of the jury I will ensure that all copies  (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the jurors selected to serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any dissemination of juror information, either intentional or negligent, will subject me and my client to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror questionnaires and certify that they will keep confidential the information contained in the juror questionnaires.

**Signature of Counsel of Record:** _____
**Printed Name of Counsel of Record:**   _____
**Date:** _____


**If applicable, signature of Person Obtaining Questionnaires:** _____
**Printed Name of Person Obtaining Questionnaires:** _____
**Date:** _____