IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 2:07-cr-297-CSC |
| | ) | |
| **NETTE R. GARRISON** | ) | |

**MOTION FOR LEAVE TO FILE OUT OF TIME**

**GOVERNMENT PROPOSED JURY INSTRUCTIONS**

COMES NOW the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to file one business day out of time Government's proposed jury instructions.

I believe the proposed jury instructions were due yesterday, 3 March 2008, but due to an oversight, it was not filed on that date. The Government's proposed jury instruction contains the elements of the offense. The Government does not believe that any prejudice will result from this brief delay. Government Counsel apologizes for any inconvenience this delay may have caused the Court and defense counsel.

Respectfully submitted this the 4th day of March, 2008

                                                                           Respectfully submitted,

                                                                           LEURA GARRETT CANARY
                                                                           UNITED STATES ATTORNEY

                                                                           s/Christopher D. James
                                                                           CHRISTOPHER JAMES
                                                                           Special Assistant United States Attorney
                                                                           42 ABW/JA
                                                                           50 LeMay Plaza South
                                                                           Maxwell AFB, AL  36112-6334
                                                                           Telephone:  334-953-2786/2789
                                                                           Fax:  334-953-2787

CERTIFICATE OF SERVICE

      I hereby certify that on this the 4th day of March, 2008, I presented the foregoing with the Clerk of the Court by hand-delivery.

      s/Christopher D. James
CHRISTOPHER JAMES
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786/2789
Fax:  334-953-2787

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-cr-297-CSC** |
| ) | |
| **NETTE R. GARRISON** ) | |

## ORDER

Upon consideration of the Motion for Leave to File out of Time Jury Instructions heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

Done this ____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE