IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO: 2:07-cr-297-CSC |
| ) | |
| NETTE R. GARRISON   ) | |

**O R D E R**

On March 4, 2008, the United States filed a motion for leave to file out of time proposed jury instructions. (Doc. # 14). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 5th day of March, 2008.

       /s/Charles S. Coody
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE