IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-297-CSC |
| | ) | |
| **NETTE R. GARRISON** | ) | |

UNITED STATES' REQUESTED JURY INSTRUCTIONS

     Comes now the United States of America, by and through LEURA CANARY, United States Attorney for the Middle District of Alabama, and requests this Court to instruct the jury with the attached instruction in addition to the standard jury instructions.

     Respectfully submitted this 6th day of March, 2008.

     LEURA GARRETT CANARY
     UNITED STATES ATTORNEY

     s/Christopher D. James
     CHRISTOPHER JAMES
     Special Assistant United States Attorney
     42 ABW/JA
     50 LeMay Plaza South
     Maxwell AFB, AL  36112-6334
     Telephone:  334-953-2786/2789
     Fax:  334-953-2787

## CERTIFICATE OF SERVICE

UNITED STATES v. CHRISTOPHER M. BARNES

     I hereby certify that on March 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to MICHAEL J. PETERSON, attorney for the defendant, Federal Defenders, 201 Monroe St, Suite 407, Montgomery, Alabama 36104.

                                          s/Christopher D. James
                                          CHRISTOPHER JAMES
                                          Special Assistant United States Attorney
                                          42 ABW/JA
                                          50 LeMay Plaza South
                                          Maxwell AFB, AL  36112-6334
                                          Telephone:  334-953-2786/2789
                                          Fax:  334-953-2787

# **THEFT OF GOVERNMENT MONEY OR PROPERTY**

18 USC 641

Title 18, United States Code, Section 641, makes it a Federal crime or offense for anyone to steal any money or property belonging to the United States having a value of less than $1000.

The defendant can be found guilty of that offense only if all of the following facts are proved beyond a reasonable doubt:

<u>First:</u>    That the property described in the indictment belonged to the United States at the time alleged;

<u>Second:</u>    That the Defendant stole or converted such money property to her own use; and

<u>Third:</u>    That the Defendant did so knowingly and willfully with the intent to deprive the United States of the use or benefit of the property so taken.

It is not necessary to prove that the Defendant knew that the government owned the property at the time of the wrongful taking so long as it is established, beyond a reasonable doubt, that the government did in fact own the property involved and that the Defendant knowingly and willfully stole it.

GIVEN  _____        REFUSED  _____