IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 2:07cr297-CSC |
| ) | |
| NETTE R. GARRISON ) | |

**VERDICT FORM**

We the jury find the defendant GUILTY.

SO SAY WE ALL

CINDY LYNN ELLIOTT

_____
Jury Foreperson

Dated this the 10 day of March 2008.