IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:07-CR-297-CSC |
| | ) | |
| NETTE R. GARRISON | ) | |
| | ) | |

**ORDER**

For good cause, it

**ORDERED** that Sentencing presently set on **May 21, 2008** be and is hereby **RESET for May 20, 2008 at 3:00 p.m.**, **in courtroom 4B**, before the undersigned Magistrate Judge, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 8th day of April, 2008.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE